AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD ASSOCIATION, an Illinois not-for-profit corporation, <br><br> *Plaintiff(s)* <br><br> v. <br><br> JUAN FERNANDO PONCE, an individual, and PLANET ASSIST, INC., a Florida corporation <br><br> *Defendant(s)* | Civil Action No. **17-CV-23095-Cooke/Goodman** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mr. Juan Fernando Ponce, individual
6303 Blue Lagoon Drive
437
Miami, FL 33126

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>Daniel Alter, Esq.
>GrayRobinson, P.A.
>401 East Las Olas Boulevard, Suite 1000
>Fort Lauderdale, Florida 33301 Tel: 954-761-8111, Fax: 954-761-8112

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **August 15, 2017**



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD ASSOCIATION, an Illinois not-for-profit corporation, <br><br> *Plaintiff(s)* <br><br> v. <br><br> JUAN FERNANDO PONCE, an individual, and PLANET ASSIST, INC., a Florida corporation <br><br> *Defendant(s)* | Civil Action No. **17-CV-23095-Cooke/Goodman** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Planet Assist, Inc.
By Serving its Registered Agent: Ponce Davalos, Juan Fernando
6303 Blue Lagoon Drive, 437, Miami, FL 33126

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel Alter, Esq.
GrayRobinson, P.A.
401 East Las Olas Boulevard, Suite 1000
Fort Lauderdale, Florida 33301 Tel: 954-761-8111, Fax: 954-761-8112

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **August 15, 2017**



Steven M. Larimore
Clerk of Court

SUMMONS

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts